UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **10-21590-CIV-MORENO**

DARNELL BLACKWELL,

    Plaintiff,

vs.

ROYAL CARIBBEAN CRUISES, LTD.,

    Defendant.
_____/

**CLOSED CIVIL CASE**

## DEFAULT FINAL JUDGMENT

THIS CAUSE came before the Court upon Plaintiff filing an executed return of service **(D.E. No. 4)**, filed on **May 24, 2010**.

THE COURT has considered the motion and the pertinent portions of the record, including the fact that Defendant was served through its registered agent on May 18, 2010 as indicated by the proof of service filed on May 24, 2010. The Court directs the clerk to enter default against Defendant **Royal Caribbean Cruises, Ltd.**, for failure to answer or otherwise plead to the Summons and Complaint served by Plaintiff. Accordingly, it is

**ADJUDGED** that Default Final Judgment is **ENTERED.** Judgment is hereby entered in favor of Plaintiff DARNELL BLACKWELL and against Defendant ROYAL CARIBBEAN CRUISES, LTD. It is further

**ADJUDGED** that Plaintiff shall file an affidavit with the Court by no later than **July 16, 2010** indicating damages and any equitable relief Plaintiff seeks against Defendant Royal Caribbean Cruises, Ltd.

DONE AND ORDERED in Chambers at Miami, Florida, this 28 day of June, 2010.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record