UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:  10-21590-CIV-MORENO**

DARNELL BLACKWELL,

     Plaintiff,

vs.

ROYAL CARIBBEAN CRUISES, LTD.,

     Defendant.

_____/

## ORDER GRANTING MOTION TO SET ASIDE FINAL DEFAULT JUDGMENT

THIS CAUSE came before the Court upon Defendant's Unopposed Motion to Set Aside Final

Default Judgment **(D.E. No. 6)**, filed on **June 29, 2010**.

THE COURT has considered the motion, exhibits, and the pertinent portions of the record,

and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED.  Defendant must file its response to the

complaint by **July 9, 2010** as its own docket entry.  The Clerk is hereby directed to re-open the case.

DONE AND ORDERED in Chambers at Miami, Florida, this ⬭ day of July, 2010.

FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record